```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TANYA ROSADO,

                Plaintiff,                  21 **CIVIL** 1320 (NSR)(JCM)

    -v-                                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 13, 2022, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C.§ 405(g), for further administrative proceedings.

**Dated:**  New York, New York
           January 14, 2022

                                                    **RUBY J. KRAJICK**

                                                          Clerk of Court
                                  BY:

                                                          **Deputy Clerk**